IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THUY TRANG THI NGUYEN,                    3:12-cv-02125-ST

        Plaintiff,                    ORDER

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,

        Defendant.

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#17) on December 19, 2013, in which she recommends this Court reverse the final decision of the Commissioner of the Social Security Administration and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#17). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 13th day of January, 2014.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER